RECEIVED
IN LAKE CHARLES, LA.

JUL 22 2013

TONY R. MOORE, CLERK
BY_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JASON TOMLINSON | CIVIL ACTION NO. 2:12-0493<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| JANET NAPOLITANO, ET AL | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

Considering the defendants' Notice to the court, in which the defendants state that the petitioner, Jason Tomlinson, was removed to Jamaica on May 30, 2013, and thus is no longer in their custody,

**IT IS ORDERED** that the petitioner's petition for writ of habeas corpus be **DIMISSED** as **MOOT.** *See Merlan v. Holder*, 667 F.3d 538, 539 (5th Cir. 2011) (per curiam) (finding that an alien who has already been deported is not "in custody" for habeas purposes).

Lake Charles, Louisiana, on this 22 day of July, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE